USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-12

DOC # 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| NIKE, INC. and NIKE USA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> REEBOK INTERNATIONAL LTD., <br><br> Defendant. | 12 Civ 2275 (PKC) (RLE) <br><br> **ORDER** |

This matter having been brought before the Court by motion to admit Randolph C. Foster *pro hac vice* to appear and participate as counsel for Plaintiffs in the above-captioned matter, and the Declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the State of Oregon Bar, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction;

IT IS HEREBY ORDERED that, pursuant to Local Rule 1.3(c) of this Court, Randolph C. Foster, is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password.

Dated: March ___, 2012            By: _____

United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| NIKE, INC. and NIKE USA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> REEBOK INTERNATIONAL LTD., <br><br> Defendant. | 12 Civ 2275 (PKC) (RLE) <br><br> **Notice of Motion to Admit** <br> **Counsel Pro Hac Vice** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Paul D. Sarkozi dated March 28, 2012, the accompanying Declaration of Randolph C. Foster, dated March 28, 2012, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York, admitting Randolph C. Foster to the bar of this Court *pro hac vice* to appear and participate as counsel for Plaintiffs in the above-captioned action.

Dated: March 28, 2012

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
Paul D. Sarkozi
900 Third Avenue
New York, New York 10022
(212) 508-6700

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| NIKE, INC. and NIKE USA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> REEBOK INTERNATIONAL LTD., <br><br> Defendant. | 12 Civ 2275 (PKC) (RLE) |

## DECLARATION OF PAUL D. SARKOZI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

I, PAUL D. SARKOZI, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner in the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, located at 900 Third Avenue, New York, New York, 10022. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an Order granting Randolph C. Foster admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to appear and participate as counsel for Plaintiffs in the above-captioned action.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the Declaration of Randolph C. Foster in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declaration is true and correct. Randolph C. Foster is fully familiar with the facts of this case.

2

4.      Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Randolph C. Foster to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: March 28, 2012

_____
Paul D. Sarkozi

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| NIKE, INC. and NIKE USA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> REEBOK INTERNATIONAL LTD., <br><br> Defendant. | Civil Action No. |

## DECLARATION OF RANDOLPH C. FOSTER

RANDOLPH C. FOSTER declares as follows:

1. I am a partner of Stoel Rives LLP, located at 900 SW Fifth Avenue, Suite 2600, Portland, Oregon 97204. I submit this declaration in support of the motion for my *pro hac vice* admission in this matter.

2. I am a member in good standing of Oregon State Bar.

3. I have never been suspended, disbarred or otherwise disciplined by any court and there are no pending disciplinary proceedings against me in any State or Federal Court.

4. I am familiar with the Local Rules for the Southern District of New York and agree to follow them in all matters relating to this action. I further agree to submit to the jurisdiction of this Court for the purpose of sanctions, discipline, or such other action as the Court may deem proper.

5. Wherefore, I respectfully request that I be permitted to appear and participate as counsel *pro hac vice* in the above-captioned case.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  March 27, 2012

Respectfully submitted,

Randolph C. Foster, OSB No. 784340
rcfoster@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480



# CERTIFICATE

State of Oregon        )
                       ) ss.
County of Washington   )

I, Linn D. Davis, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**RANDOLPH C. FOSTER**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 18, 1978.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Foster is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 27th day of March, 2012.

OSB

Linn D. Davis
Assistant Disciplinary Counsel
Oregon State Bar