|USDC SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #: _____|
|DATE FILED: 4-10-12|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKE, INC. and NIKE USA, INC.,

    Plaintiffs,

-against-

REEBOK INTERNATIONAL LTD.,

    Defendant.

12 Civ 2275 (PKC) (RLE)

**STIPULATION AND ORDER
RELEASING SURETY BOND
POSTED BY PLAINTIFFS**

    IT IS HEREBY STIPULATED, by and between, the undersigned counsel for the parties that an Order should be entered by the Court based upon the Settlement Agreement, the Stipulated Entry of Judgment and the Final Judgment entered by this Court, that American Safety Casualty Insurance Company is hereby released from any and all liability in connection with a Temporary Restraining Order bond in the amount of $80,000 issued on the 29th day of March 2012, and the Clerk of the District Court for the Southern District of New York is directed to release the original surety bond to a representative of Tannenbaum Helpern Syracuse &

Hirschtritt LLP, 900 Third Avenue, New York, New York 10022.

Dated: New York, New York
April __, 2012

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: /s/ Paul D. Sarkozi
Paul D. Sarkozi
sarkozi@thsh.com
Alan Tenenbaum
tenenbaum@thsh.com
900 Third Avenue
New York, New York 10022
(212) 508-6700

STOEL RIVES LLP
Randolph C. Foster
rcfoster@stoel.com
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
(503) 224-3380

NIKE, Inc.
Gary D. Way
One Bowerman Dr.
Beaverton, Oregon 97005
(503) 671-6453

*Attorneys for Plaintiffs NIKE, Inc.
and NIKE USA, Inc.*

STILLMAN & FRIEDMAN P.C.

By: /s/ Nathaniel I. Kolodny
Julian W. Friedman  /Nathaniel I.
jfriedman@stillmanfriedman.com  Kolodny
425 Park Avenue  nkolodny@stillmanfriedman.
New York, NY 10022   com
(212) 223-0200

*Attorneys for Defendant Reebok
International Ltd.*

SO ORDERED THIS 9th day of April, 2012.

/s/ P. Kevin Castel
JUDGE P. KEVIN CASTEL
UNITED STATES DISTRICT COURT JUDGE

2